**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 DEJAUN FESTA HENRY,

                              Plaintiff,                  25 **CIVIL** 0275 (JMF)(VF)

       -v-                                                 **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 4, 2025, that the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, Commissioner will offer Plaintiff the opportunity for a hearing before a different Administrative Law Judge. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, the case is closed.

**Dated:**  New York, New York

     August 4, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**